IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD SATISH EMRIT,

    Plaintiff,

  v.

                                           Case No. 18-cv-937-wmc

EPIC MEDICAL RECORDS,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | December 14, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |